

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2019

No. 04-19-00838-CV

**IN RE** Joe Anthony **ESPINOZA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
                 Patricia O. Alvarez, Justice
                 Irene Rios, Justice

On December 2, 2019, relator filed a petition for writ of mandamus and a motion for stay pending final resolution of the petition for writ of mandamus. Because this court believed a serious question concerning the mandamus relief sought required further consideration, we invited the respondent and the real party in interest to file a response to the petition in this court **no later than December 18, 2019.** This court also granted relator's request for a stay of all proceedings in the underlying case pending final resolution of the petition for writ of mandamus.

On December 5, 2019, the real party in interest filed a motion to vacate the stay. In her motion, the real party in interest argues the merits of the motion to dismiss for lack of jurisdiction filed by the relator in the underlying case. However, relator's petition for writ of mandamus addresses only whether the trial court has abused its discretion by refusing to rule on his motion to dismiss. Because the merits of relator's motion to dismiss are not before this court, and remain pending before the trial court, we DENY the real party in interest's motion to vacate the stay.

It is so **ORDERED** on December 6, 2019.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 1915-C, styled *In the Interest of J.A.E., Jr., A Child*, pending in the County Court at Law, Kerr County, Texas, the Honorable Susan Harris presiding.